

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Sai Lingamaneni,

Vs. No. 11-24-00029-CR

The State of Texas,

\* From the 132nd District Court
of Scurry County,
Trial Court No. 11001.

\* April 11, 2024

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Sai Lingamaneni's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.